# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA and the STATE OF CALIFORNIA *ex rel.* RUBERT LAMAR WILLIAMS,

Plaintiffs,

v.

EVELYN TINDIMOBUNA; BIBI MOHAMMED; COMFORT CHOICE HOSPICE, INC.; EMANUEL HOSPICE, INC.; PURITY HOSPICE, INC.; CANDLE LIGHT HOSPICE, INC.; RADIANT HOSPICE, INC.; GENTLE HOSPICE CARE INC.; GRAPEVINE HOSPICE; ZEEGALS HOSPICE CARE, INC.; APPLEGATE HOSPICE, INC.; MARIGOLD HOSPICE CARE, INC.; MAGNOLIA HOSPICE, INC.; ANAHEIM HOSPICE, INC.; GOLDEN MEMORIES HOSPICE, INC.; TRANSITION HOSPICE, INC.; OCEAN BREEZE HOSPICE, INC.; UNIVERSITY HOSPICE, INC.; LAKE MARY HOSPICE, INC.; and ABC CORPORATION 1-10

Defendants.

Case No. 2:22-cv-01053-SPG-MRW

**ORDER RE: DISMISSAL AND UNSEALING**

On April 24, 2026, Relator Rupert Lamar Williams ("Relator") submitted a document entitled "Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure."  In that document, Relator requested that the Court dismiss his claims under the False Claims Act, asserted on behalf of the United States, and the California False Claims Act, asserted on behalf of the State of California.

The United States and the State of California have submitted their written consent to dismissal.  *See* 31 U.S.C. § 3730(b)(1); Cal. Gov't Code § 12652(c)(1).  To date, Relator has not served any of the Defendants named in this action, and no Defendant has appeared in the case.  The parties have also not made the Court aware of any basis to deny Relator's request to dismiss the case.  Therefore, it is ORDERED that:

1.     This action is hereby DISMISSED in its entirety without prejudice as to Relator, the United States, and the State of California.

2.     This case and the following documents shall be unsealed: Relator's Complaint and Amended Complaint; Relator's Notice of Voluntary Dismissal of Some Defendants; the United States and California's Notice of Consent to Voluntary Dismissal of Some Defendants; the United States and California's Joint Notice of Declination; Relator's Notice of Voluntary Dismissal; the United States and California's Notice of Consent to Voluntary Dismissal; and this Order.

3.     All other documents filed and lodged in this action shall remain permanently under seal and shall not be made public or served upon any Defendant or any other party or person, unless ordered by the Court.

4.     The seal is lifted as to all papers and records filed or lodged in this action after the date of this order.

**IT IS SO ORDERED.**

DATED: June 11, 2026



HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE